FILED
FEB 16 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO WHOM IT MAY CONCERN

I am writing this letter on behalf of my son Jordan M. Vaniter.

My son's battle with drugs began at an early age. I feel he chose this path as a result of masking his inner pain. This pain I believe was instilled in him from different forms of rejection.

In our town, sports are a way of life. Baseball, basketball & football, for the most part.

He grew up in the shadow of his older brother Chris. Although his God given talents landed him on these respective sports teams, coaches here refused him play time. Parents allied with coaches to hold him back.

Hearing his mother & I venting our frustrations about this rejection he eventually became withdrawn from all school activities.

Having too much spare time as a result allowed him time to spend in the wrong places.

On several occasians he was court ordered rehibilition detention. These had some positive effect on him, but he returned home & back to the same wrong crowds that aided him back to his addiction.

He finally admitted himself to a rehab clinic in Quincy IL, he came home once again but this time his determination put him on the path to a clean life which he lived for 3 years. + He searched for & found campanions in Narcodics Anonimous in Jacksonville IL. From there he became involved helping others strugleing with addiction. He spoke at meetings in Jacksonville, Springfield & Chicago.

He met a girl in Chicago and after 3 years of being clean he fell back into bad habits, and addiction took control of him again.

He had been pursueing his love of cooking and took many classes in this field but the addiction brought him down again.

I TRUELY BELIEVE HIS POSITIVE POTENTIAL COULD ALLOW HIM TO ONE DAY BE A GREAT CHEF. AND I BELIEVE EDUCATION IN REHIBILITATION IS WHAT WILL HELP HIM ACHIEVE HIS GOALS AND LONG TERM INTERNMENT WILL ROB HIM OF THIS LOVE HE HAS FOR COOKING AND THE POSITIVE STRUCTURES THAT COME WITH IT WILL LAND HIM WHERE HE ULTIMATELY WANTS TO BE IN LIFE.

I ASK ONLY THAT THE WISDOM OF THE POWERS OF THOSE WHO NOW CONTROL HIS DESTINY WILL LOOK AT HIS POSITIVE POTENTIAL. REHIBILITATION & NOT LONG TERM PRISON SENTANCE WILL HELP HIM ACHIEVE HIS GOALS

JORDAN IS SURROUNDED BY LOVE HERE AT HOME. PLEASE RETURN HIM TO US AS SOON AS POSSIBLE.

THANK YOU FOR YOUR CONSIDERATION

EDWARD L. VANITER

*Edward L. Vaniter*

PEACE BE WITH YOU

January 2, 2011

FEDERAL DISTRICT COURT:

RE:  Jordan M. Vaniter
     B/D: 8/16/86

TO WHOM IT MAY CONCERN:

I am writing to the Court on behalf of my son, Jordan Vaniter, who is currently incarcerated at the Mason County Detention Center. He is to be sentenced on January 27, 2012 to a federal prison for an undetermined amount of years.

As you may expect, as his mother, I am very troubled by his current situation and very concerned. I have visited with him every Thursday at the jail beginning last May up until the present. He has actually helped me through the ordeal by assuring me that he's fine and that he will get through the next several years. His attitude and strength has amazed me.

As you are aware, Jordan has had many problems in the past ten years. His childhood was trouble-free. He was always doted upon by me and his father. He was given many opportunities that I know he is grateful for. He always had many friends, was athletic and was even in band as a percussion student. He began his drug usage at a very young age, and I know I was in denial for some time. When I moved beyond denial, his usage became intolerable to me. On two or three different occasions, I even called the law to intervene. There was even a time when I became obsessive over saving and/or changing him. I had Jordan admitted to a drug rehabilitation program, worked closely with the school district, and monitored him very closely. There have been way too many instances over the years to remember each and every one of them. His persistent drug use has ruined his life, and affected his family in many ways.

Despite the terrible experiences, I have never turned my back completely on Jordan. I know him very well, and I know that his drug addition has driven him to where he is now. After three inpatient stays in rehabilitation, two and one-half years of sobriety, and intensive participation in NA/AA, he returned to drug usage. His problem has been self-inflicted without regards for the law.

It's evident by me that Jordan has taken full responsibility for his actions, and he knows what those consequences will be. He has spent almost nine months in a very small cell without any air except for two-three trips to court. On each and every visit I've made, he has made me smile by the way he is overcoming his horrible situation. He has found such positive ways to occupy his time and keep motivated. He exercises daily and has gotten the other inmates to exercise. He has also thrown himself into books, which is so

good for him.  He told me on a visit that he wanted to continue to educate himself, instead of only focusing on his prison term.

My main reason for writing this letter on Jordan's behalf is to make certain the courts know of his drug addition and to understand a little more about him as a human being.

Thank you for your time,

Terri Vaniter

*[signature: Terri Vaniter]*

**Human Resource Center For Cass County**
121 East Second Street Beardstown, Illinois 62618
Cass County Mental Health Association
Comprehensive Community Mental Health Services

Phone: (217) 323-2980
Fax: (217) 323-3731

TTY: (217) 323-5725
e-mail: hrc1@casscomm.com

January 18, 2012

To Whom it May Concern:

I have known Jordan Vaniter for over ten years. Jordan is a bright, well rounded, committed individual who has the ability to be anything he wants to be. Substances have had a significant effect on Jordan's life. When Jordan is sober, he is very pleasurable to be around. He can demonstrate leadership abilities. He is gifted in so many areas; however at times, I feel as though he fails to see all the potential he has to offer. I have watched Jordan overcome his addiction in the past and rise to be a better person. I admire the strength he has as well as the dedication of maintaining his sobriety. As a counselor, I strongly encouraged Jordan to use his life as an example to witness to other individuals. I have talked to Jordan on numerous occasions about his ability to be a great counselor. My hope is that he will see all the potential that I have seen, and use those skills to help others who are struggling with their own substance abuse issues.

If you have any questions, please feel free to contact me at (217) 323-2980. ext 310

Thank you,

*Laura L. Hance, BSW, CADC*

Laura L. Hance, BSW, CADC
SASS Supervisor

Hi my name is Lacey, I'm Jordan's cousin, we are the same age and have grown up together since we were kids. Jordan was a great kid growing up, very popular and talented in sports. His mother and father were always very supportive with him. They provided him lots of love and there was never any thing he went without. The decisions Jordan has made in his life are unknown, I have no idea why he made the decisions he did besides for being an addict. There are many addicts in our family, my mother has been one for years and still struggles with it. I believe that jordan still has the chance to over come this addiction and and turn his life around.

*Lacey*

DATE 1-17-12

Hello, my name is Brenda Lenning (Vaniter), I am Jordan Vaniter's aunt. Jordan is a very good young man. He was very active in school. Jordan loved playing basketball, baseball. He likes riding 4-Wheelers also. He unfortunatly got in with the wrong crowd of people and had a little drug problem. He is so sorry for the pain and suffering he has put on his family. Jordan has seen the error of his ways. He is looking forward now, and is ready to be a productive citizen. He looks forward to coming home to his family. Jordan has alot of family members that love him very much!

Sincerly Brenda Lenning (Vaniter)

I have know Jordon Vanier for about five years. I met him through his mother, whom I'm dating. I believe him to be a good person, he has always been very polite and considerate to me. When I first met Jordon he had been clean for one year, I was there at the AA ceremony to celebrate his one year of sobriety. I have also witnessed Jordon's addiction in full swing and how it has destroyed his family and hurt the one's he loves. I have seen him read a lot of books which he enjoys talking about. Jordon has a passion for cooking, one day he hopes to be a chef. Since Jordon's been in jail (about 9 months) he has been very positive, he could have fell into a depression but he accepts what his addiction has done.

Gary Kuithan

hello my name is Matt, I am jordans cuzzin. He was always a family man growing up as a young child he was always happy and a joy to be around. he would like to play catch and shoot hoops. he was always active in sports.

   growing up as a young child all i can remember is the smile always on jordans face. he was always kind and nice. he was never angry. there was always alot of love in jordans heart. he showed alot of love to his family. jordan was never negative towards anybody. he always found the positive in everything, no matter what was wrong. he always done it out of the love in his heart, whitch is full of

love and careing thoughts.

sincerly
Matt

I am Jordan Vanitor's aunt. This sure isn't anything I ever thought I would be doing. Jordan has always been a sweet young man. He has good parents, sister and brother. His brother is the oldest, he went to college and has a good job. His sister is the younger, she is in nurses training and is going to be an RN. Jordan would be doing the same had drugs not entered his life. I do believe that he will still have a good life.

Thank you,
Vickie Coats